Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−32506−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori Bings
   2296 Musterel Lane
   Vineland, NJ 08361

Social Security No.:
   xxx−xx−2521

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             1/10/18
Time:             09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 21, 2017
JAN: kaj

                                         Jeanne Naughton
                                         Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Lori Bings  
    Debtor

Case No. 17-32506-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Nov 21, 2017  
                  Form ID: 132     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2017.

```
db             +Lori Bings,    2296 Musterel Lane,    Vineland, NJ 08361-7293
517163825       Bank Of America,    PO Box 7047,    Dover, DE 19903-7047
517163827     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    PO Box 85015,    Richmond, VA 23285-5015)
517177637     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: CREDIT ACCEPTANCE,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034)
517163826      +Caine & Weiner,    9960 Corp Campus Drive,    Louisville, KY 40223-3008
517163828      +Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
517163829      +Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
517163833      +First Premier,    900 West Deleware Street, Suite,    Sioux Falls, SD 57104-0337
517163834      +Genesis BC/Celtic Bank,    268 S. State St STE 300,    Salt Lake City, UT 84111-5314
517163835      +Ginnys,    1112 7th Ave,    Monroe, WI 53566-1364
517163840      +Mid America Bank & Trust,    216 W. 2nd St,    Dixon, MO 65459-8048
517163842      +Oasis 1 Marketing Group,    Po Box 959,    Wood Dale, IL 60191-0959
517163843       Oasis Traid Group,    4755 N 48St STE c,    Los Angeles, CA 90010
517163844      +Spot Loan,    PO Box 927,    Palatine, IL 60078-0927
517163847     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank,    425 Walnut Street,    Cincinnati, OH 45202)
517163848      +Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
517163838      +maxlend,    PO Box 46360,    Eden Prairie, MN 55344-3060
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2017 00:05:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2017 00:05:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517163830      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 22 2017 00:06:02
                 Credit Control Service,    725 Canton St.,    Norwood, MA 02062-2679
517163831      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 22 2017 00:29:44      Credit One Bank,
                 PO BOX 98873,    Las Vegas, NV 89193-8873
517163832       E-mail/Text: bnc-bluestem@quantum3group.com Nov 22 2017 00:05:50      Finger Hut,    PO Box 166,
                 Newark, NJ 07101-0166
517163835      +E-mail/Text: bankruptcy@sccompanies.com Nov 22 2017 00:06:18      Ginnys,    1112 7th Ave,
                 Monroe, WI 53566-1364
517163836       E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 00:29:41      JC Penney,    2004 Bassett Avenue,
                 C/O Gecc,    El Paso, TX 79901-1923
517163837      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 22 2017 00:04:34      Kohls,    PO Box 3115,
                 Milwaukee, WI 53201-3115
517163839       E-mail/Text: bkr@cardworks.com Nov 22 2017 00:04:16      Merrick Bank,    PO Box 5721,
                 Hicksville, NY 11802-5721
517163841      +E-mail/Text: bankruptcy@moneylion.com Nov 22 2017 00:05:52      Money Lion,    Po box 1547,
                 Sandy, UT 84091-1547
517163845      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 00:28:29      Syncb/American Eagle,
                 Po Box 965005,    Orlando, FL 32896-5005
517166796      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 00:29:42      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517163846      +E-mail/Text: bknotices@totalcardinc.com Nov 22 2017 00:05:19      Total Card,
                 5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
                                                                                               TOTAL: 13
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1              User: admin                  Page 2 of 2                    Date Rcvd: Nov 21, 2017
                                  Form ID: 132                 Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust, N.A. et. al. rsolarz@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Debtor Lori  Bings mylawyer7@aol.com,  ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```