Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.:  17−32506−ABA
                            Chapter:  13
                            Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori Bings
   2296 Musterel Lane
   Vineland, NJ 08361

Social Security No.:
   xxx−xx−2521

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/7/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 7, 2018
JAN: bc

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-32506-ABA
Lori Bings                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: May 07, 2018
                              Form ID: 148              Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
```
db             +Lori Bings,    2296 Musterel Lane,    Vineland, NJ 08361-7293
517177637     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: CREDIT ACCEPTANCE,     25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034)
517163826      +Caine & Weiner,    9960 Corp Campus Drive,    Louisville, KY 40223-3008
517163829      +Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
517163840      +Mid America Bank & Trust,    216 W. 2nd St,    Dixon, MO 65459-8048
517163842      +Oasis 1 Marketing Group,    Po Box 959,    Wood Dale, IL 60191-0959
517163843       Oasis Traid Group,    4755 N 48St STE c,    Los Angeles, CA 90010
517163838      +maxlend,    PO Box 46360,    Eden Prairie, MN 55344-3060
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2018 23:47:02      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2018 23:47:01      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517370575      +EDI: ATLASACQU.COM May 08 2018 03:03:00      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
517163825       EDI: BANKAMER2.COM May 08 2018 03:03:00      Bank Of America,    PO Box 7047,
                Dover, DE 19903-7047
517163827       EDI: CAPITALONE.COM May 08 2018 03:03:00      Capital One,    PO Box 85015,
                Richmond, VA 23285-5015
517163828      +EDI: CHASE.COM May 08 2018 03:03:00      Chase Card Services,    P.O. Box 15298,
                Wilmington, DE 19850-5298
517163830      +EDI: CCS.COM May 08 2018 03:03:00      Credit Control Service,    725 Canton St.,
                Norwood, MA 02062-2679
517163831      +EDI: RCSFNBMARIN.COM May 08 2018 03:03:00      Credit One Bank,    PO BOX 98873,
                Las Vegas, NV 89193-8873
517163832       EDI: BLUESTEM May 08 2018 03:04:00      Finger Hut,    PO Box 166,    Newark, NJ 07101-0166
517163833      +EDI: AMINFOFP.COM May 08 2018 03:03:00      First Premier,    900 West Deleware Street, Suite,
                Sioux Falls, SD 57104-0337
517163834      +EDI: PHINGENESIS May 08 2018 03:04:00      Genesis BC/Celtic Bank,    268 S. State St STE 300,
                Salt Lake City, UT 84111-5314
517218638      +EDI: CBS7AVE May 08 2018 03:04:00      Ginny's,    c/o Creditors Bankruptcy Service,
                P.O. Box 800849,    Dallas, TX 75380-0849
517163835      +EDI: CBS7AVE May 08 2018 03:04:00      Ginnys,    1112 7th Ave,    Monroe, WI 53566-1364
517163836      +EDI: RMSC.COM May 08 2018 03:04:00      JC Penney,    2004 Bassett Avenue,    C/O Gecc,
                El Paso, TX 79901-1923
517308110       EDI: JEFFERSONCAP.COM May 08 2018 03:03:00      Jefferson Capital Systems, LLC,    PO Box 772813,
                Chicago IL 60677-2813
517163837      +EDI: CBSKOHLS.COM May 08 2018 03:03:00      Kohls,    PO Box 3115,    Milwaukee, WI 53201-3115
517370912       EDI: MERRICKBANK.COM May 08 2018 03:03:00      MERRICK BANK,    Resurgent Capital Services,
                PO Box 10368,    Greenville, SC 29603-0368
517163839       EDI: MERRICKBANK.COM May 08 2018 03:03:00      Merrick Bank,    PO Box 5721,
                Hicksville, NY 11802-5721
517163841      +E-mail/Text: bankruptcy@moneylion.com May 07 2018 23:47:46      Money Lion,    Po box 1547,
                Sandy, UT 84091-1547
517298609       EDI: PRA.COM May 08 2018 03:03:00      Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517232382       EDI: PRA.COM May 08 2018 03:03:00      Portfolio Recovery Associates, LLC,    c/o Orchard Bank,
                POB 41067,    Norfolk VA 23541
517305410      +EDI: JEFFERSONCAP.COM May 08 2018 03:03:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517163844      +EDI: BLUECHIP.COM May 08 2018 03:03:00      Spot Loan,    PO Box 927,    Palatine, IL 60078-0927
517163845      +EDI: RMSC.COM May 08 2018 03:04:00      Syncb/American Eagle,    Po Box 965005,
                Orlando, FL 32896-5005
517166796      +EDI: RMSC.COM May 08 2018 03:04:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517163846      +EDI: TCISOLUTIONS.COM May 08 2018 03:03:00      Total Card,    5109 S Broadband Lane,
                Sioux Falls, SD 57108-2208
517368802      +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 07 2018 23:48:07
                U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    c/o CALIBER HOME LOANS, INC.,
                13801 WIRELESS WAY,    OKLAHOMA CITY OK 73134-2500
517163847       EDI: USBANKARS.COM May 08 2018 03:03:00      US Bank,    425 Walnut Street,
                Cincinnati, OH 45202
517163848      +EDI: WFNNB.COM May 08 2018 03:03:00      Victoria Secret,    Po Box 182789,
                Columbus, OH 43218-2789
                                                                                               TOTAL: 29
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: May 07, 2018
                              Form ID: 148             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2018 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Justin  Plean    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST bkyecf@rasflaw.com,   bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust, N.A. et. al. rsolarz@kmllawgroup.com
          Seymour  Wasserstrum    on behalf of Debtor Lori  Bings mylawyer7@aol.com,   ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```